# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIGILOS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC.; AMD GLOBAL TELEMEDICINE, INC.; FORA CARE INC.; TAIDOC TECHNOLOGY CORP.; FORESIGHT IMAGING, LLC.; and INTEL CORPORATION<br><br>    Defendants. | Civil Action No. 2:10-cv-00180-DF |

## ORDER

Having reviewed the Unopposed Motion to Withdraw as Counsel for Defendant Fora Care Inc., the Court finds that the motion should be granted. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that John P. Fry of Morris, Manning & Martin LLP be permitted to withdraw as counsel for Defendant Fora Care Inc.

**SIGNED this 5th day of December, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE