IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIGILOS, LLC,

    Plaintiff,

v.

FORA CARE INC.,
FORESIGHT IMAGING, LLC,
INTEL CORPORATION,

    Defendants.

No. C 11-06240 WHA

**ORDER TO SHOW CAUSE REGARDING MISJOINDER**

The Court is inclined to dismiss all but the first-named defendant for misjoinder under FRCP 21 for the reasons stated in *EIT Holdings LLC v. Yelp! Inc.*, No. C 10-5623 WHA (N.D. Cal. May 12, 2011). The final ruling will be postponed, however, so that counsel may first submit points and authorities on this issue. Any such submissions must be filed by **NOON ON JANUARY 30, 2012**.

**IT IS SO ORDERED.**

Dated: January 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE