IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIGILOS, LLC,

    Plaintiff,

  v.

FORA CARE INC.,
FORESIGHT IMAGING, LLC,
INTEL CORPORATION,

    Defendants.

No. C 11-06240 WHA

No. C 11-04117 SBA

**ORDER REGARDING
MOTION TO RELATE**

On January 25, plaintiff Vigilos moved relate *Vigilos, LLC v. Sling Media, Inc.*, Case No. 4:11-cv-04117-SBA to the above-captioned action. The parties, however, have not provided sufficient information to determine whether the cases should be related.

Specifically, the parties have not identified which specific patent *claims* are being asserted against each defendant, including the sole remaining defendant in this action, Fora Care. If different claims are being asserted, the parties would need to explain how the asserted claims overlap. The parties have not explained the nature of the allegedly infringing products or systems. It is not sufficient to give only the names of the allegedly infringing products. A full description of how the allegedly infringing products work is needed. The parties shall make these disclosures to the Court by **NOON ON FEBRUARY 3, 2012**.

**IT IS SO ORDERED.**

Dated: January 31, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE