RUSS AUGUST & KABAT
Marc A. Fenster, Calif. State Bar No. 181,067
E-mail: mfenster@raklaw.com
Bruce D. Kuyper, Calif. State Bar No. 144,969
E-mail: bkuyper@raklaw.com
Benjamin T. Wang, Calif. State Bar No. 228,712
E-mail: bwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff,
Vigilos, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Vigilos, LLC<br><br>                Plaintiff,<br><br>v.<br><br>Fora Care, Inc.<br><br>                Defendant. | Case No. 3:11-cv-06240-WHA<br><br>**NOTICE OF INABILITY TO SUBMIT JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR BRIEF CONTINUANCE OF DEADLINE FOR SUBMISSION** |

In accordance with Rule 26(f), Civil L.R. 16-9, and the Court's orders relating to the initial case management conference (Dkt. Nos. 105, 113 & 114), Plaintiff Vigilos, LLC ("Vigilos") sought to meet and confer with sole remaining defendant Fora Care, Inc. ("Fora Care") regarding the submission of a joint case management report. But Fora Care never responded. Fora Care currently has no counsel of record because its prior counsel was permitted to withdraw (Dkt. No. 103) and no new counsel has made an appearance on its behalf. Vigilos also contacted prior counsel for Fora Care, but prior counsel indicated that he had no contact information that Vigilos had not already tried for purposes of contacting Fora Care.

1   This afternoon, counsel for Vigilos for the first time heard from a new attorney for Fora
2   Care, Bern Steves, a member of the bar of this Court, who indicated that he will represent Fora
3   Care. Counsel for the parties also discussed potential resolution of this action.
4   Because Fora Care has not responded to Vigilos' prior requests to meet and confer,
5   Vigilos cannot file a Joint Case Management Conference today as required. Vigilos accordingly
6   requests that the Court vacate the currently scheduled case management conference set for
7   February 9, 2012 in order to allow time for new counsel to make an appearance on behalf of Fora
8   Care and participate in the required meet-and-confer process.

Dated: February 2, 2012

Respectfully submitted,

RUSS, AUGUST & KABAT
Marc A. Fenster
Benjamin T. Wang
Bruce D. Kuyper


By:  s/Bruce D. Kuyper
Attorneys for Plaintiff,
Vigilos, LLC

## CERTIFICATE OF SERVICE

I certify that, on February 2, 2012, the foregoing document was filed electronically using the CM/ECF system. In accordance with General Order 45, Section IX(B), the automatic e-mail message generated by the ECF system and sent to all parties whose e-mail addresses have been registered in the case constitutes service on the attorney or other persons in this case.

I also certify that, on February 2, 2012, the foregoing document was served by first class mail to the following attorney who has represented to me that he is new counsel for Fora Care, Inc. and will soon enter an appearance on its behalf:

> Bern Steves, Esq.
> P.O. Box 1615
> Cupertino, CA 95015

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Feburary 2, 2012.

s/Bruce D. Kuyper