**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIGILOS, LLC,

    Plaintiff,

  v.

FORA CARE, INC.,

    Defendant.

                                      /

No. C 11-06240 WHA

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

    Plaintiff moves to continue the February 9 case management conference. For good cause shown, the case management conference is rescheduled to **11:00 A.M. ON FEBRUARY 16, 2012**. A case management statement is due one week before the conference.

**IT IS SO ORDERED.**

Dated: February 3, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE