IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGILOS, LLC, | No. C 11-06240 WHA |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| FORA CARE, INC., | |
| Defendant. | |

Plaintiff moves to continue the February 9 case management conference. For good cause shown, the case management conference is rescheduled to **11:00 A.M. ON FEBRUARY 16, 2012**. A case management statement is due one week before the conference.

**IT IS SO ORDERED.**

Dated: February 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE